# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: Fonda C. Darby )
)
) Bankruptcy No. 09 B 03358
)
)
Debtor(s) )
)

## THIRD NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

TO:  See Attached Service List

Please take notice that the Court will call the above-captioned case for status on  April 28, 2011 at 10:30 a.m.   In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois.  The Chapter 7 Trustee, Richard J. Mason  is ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: March 31, 2011

In re: Fonda C. Darby
Bankruptcy No. 09 B 03358

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on March 31, 2011, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Deborah Smith*
Courtroom Deputy

### Electronic Service through CM/ECF System

Richard J. Mason
McGuire Woods LLP
77 West Wacker Drive
Chicago, IL 60601

U.S. Trustee
Patrick S. Layng
Office of the U.S. Trustee,
Region 11
219 South Dearborn St.
Room 873
Chicago, IL 60604

### Served through First Clasee Mail

Fonda C. Darby
5412 South Michigan Ave.
Chicago, IL 60615
Pro Se